ACCEPTED
03-15-00405-CV
7745472
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 2:14:34 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00405-CV

In the Court of Appeals
for the Third District of Texas
At Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 2:14:34 PM
JEFFREY D. KYLE
Clerk

_____

DARRELL J. HARPER,
*Appellant*,

v.

THE STATE OF TEXAS,
*Appellees*.

_____

On Direct Appeal from the 98th Judicial District
Court of Travis County, Texas
Trial Court Cause No. D-1-GN-14004224

_____

**APPELLEE'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

_____

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General
for Civil Litigation

KAREN D. MATLOCK
Chief, Law Enforcement
Defense Division

DANIEL C. NEUHOFF*
Assistant Attorney General

OFFICE OF THE ATTORNEY
GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2080
Fax: (512) 936-2109

Counsel for Appellee
*Attorney-In-Charge

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS, AUSTIN:**

Appellee the State of Texas, through the Office of the Attorney General, submit this motion for extension of time to file Appellee's Brief. Appellees ask this Court to grant a 30 day extension of time to file Appellee's Brief. In support, the Office of the Attorney General Respectfully offers the following:

1. On May 29, 2015, this cause was dismissed pursuant to Chapter 11 of the Texas Civil Practice and Remedies Code because Appellant, Darrell J. Harper, was determined to be a vexatious litigant and failed to furnish the required security to pursue his case. On July 2, 2015, undersigned counsel was given notice that Harper had given notice of appeal. On October 5, 2015, Harper filed his Judgment by Default, filed as his appellant's brief. Appellee's deadline for filing Appellee's Brief is November 12, 2015. No extensions have previously been sought by Appellee.

2. The court may extend the time to file Appellee's brief if the motion states: (A) the deadline for filing the item in question; (B) the length of the extension sought; (C) the facts relied on to reasonably explain the need for an extension; and (D) the number of previous extensions granted regarding the item in question. TEX. R. APP. P. 10.5(b)(1). Appellee' brief is due November 12, 2015. Appellee seeks a thirty (30) day extension of time to file Appellee's brief. Undersigned counsel will be in Houston, Texas from November 9, 2015 through November 11, 2015 for an expert

1

deposition in an unrelated case. Furthermore, undersigned counsel has two motions for summary judgment due November 13, 2015, one in a potential class action involving an entire prison unit. Appellee does not seek this extension in bad faith for the purpose of delay, but in order that undersigned counsel may fully represent his client. Appellee has not sought any other extensions in this appeal.

<u>Conclusion and Prayer</u>

Appellee now respectfully requests the Court grant a 30 day extension of time to file Appellee's brief in this case.

Date: <u>November 9, 2015</u>

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**CHARLES E. ROY**
First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

<u>/s/ Daniel C. Neuhoff</u>
**DANIEL C. NEUHOFF**
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 24088123

2

Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX  78711
(512) 463-2080/Fax (512) 936-2109
daniel.neuhoff@texasattorneygeneral.gov
**ATTORNEYS FOR APPELLEE STATE OF TEXAS**

## NOTICE OF ELECTRONIC FILING

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing Motion in accordance with the electronic filing system for the Third Court of Appeals on this the 9th day of November, 2015.

/s/ Daniel C. Neuhoff
**DANIEL C. NEUHOFF**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **DANIEL C. NEUHOFF**, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing **APELLEE'S MOTION FOR EXTENSION OF TIME** has been served by placing it in the United States Mail, postage prepaid, on November 9, 2015, addressed to:

Darrell J. Harper, No.1957729
TDCJ - Ellis Unit
1697 FM 980
Huntsville, TX 77343
*Plaintiff Pro Se*

/s/ Daniel C. Neuhoff
**DANIEL C. NEUHOFF**
Assistant Attorney General